■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY HICKEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Onondaga

County Court, Burke, J.—robbery, first degree.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.